ACCEPTED
04-14-00734-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/17/2015 2:20:59 PM
KEITH HOTTLE
CLERK

<u>**NO. 04-14-00734-CV**</u>

# Fourth Court of Appeals
# San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/17/2015 2:20:59 PM
KEITH E. HOTTLE
Clerk

_____

**SANDRA SAKS, LEE NICK MCFADIN, III, and MARGARET LANDEN SAKS, Appellants,**

**V.**

**BROADWAY COFFEEHOUSE, LLC, Appellees.**
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLEE/INTERIM TRUSTEE, MARCUS P. ROGERS**
_____

On appeal from the 73rd Judicial District Court, Bexar County, Texas
Case No. 2013-CI-17001
Honorable Antonia Arteaga, Presiding
_____

Royal B. Lea, III
State Bar No. 12069680
royal@binghamandlea.com
BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819  Telephone
(210) 224-0141  Facsimile

COUNSEL FOR APPELLEE/INTERIM
TRUSTEE, MARCUS P. ROGERS

Appellee/Interim Trustee, Marcus P. Rogers, files this Motion for Extension of Time to File Appellee's Brief. Appellee asks the Court to extend the time for filing his Brief in this appeal by fourteen (14) days from March 23, 2015, to and including April 6, 2015.

## FACTS

1. Appellants filed their Opening Brief on February 20, 2015.

2. Appellees' Briefs are currently due to be filed on March 23, 2015.

3. Due to several previously scheduled professional commitments in other projects on which counsel for Appellee/Interim Trustee, Marcus P. Rogers, is working, it will be difficult for counsel for Mr. Rogers to file Appellee's brief by March 23, 2015.

4. On March 16, 2015, Appellee, Broadway Coffeehouse, LLC, has requested an extension of time to file its Brief on or by April 6, 2015.

## REQUEST FOR RELIEF

5. Accordingly, Appellee/Interim Trustee Marcus P. Rogers requests that the Court also extend the time for filing his brief in this case to on or by April 6, 2015.

6. **Certificate of Conference**—Counsel for Appellee Marcus P. Rogers certifies by his signature below that he has conferred with counsel for Appellants

on this Motion, and that counsel for Appellants informed him that Appellants do not oppose this Motion or the requested extension.

Respectfully submitted,

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile
royal@binghamandlea.com


BY: _/s/ Royal B. Lea, III_____
ROYAL B. LEA, III
State Bar No. 12069680

COUNSEL FOR APPELLEE/INTERIM
TRUSTEE, MARCUS P. ROGERS

## CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of March, 2015, a true and correct copy of the above and foregoing has been served by: ☒ **United States First-Class Mail**; ☐**Facsimile Transmission**; ☐**CM/RRR**; ☒**E-Mail**; and/or ☐**Hand Delivery** on the following:

Phil Ross
1006 Holbrook Road
San Antonio, Texas 78218
Ross_law@hotmail.com
*Counsel for Appellants*

Paul T. Curl
ptcurl@csg-law.com
Brittany M. Weil
bmweil@csg-law.com
Herbert S. Hill
hshill@csg-law.com
Curl Stahl Geis
700 N. St. Mary's Street, Ste. 1800
San Antonio, Texas 78205
*Counsel for Appellee, Broadway Coffeehouse, LLC*

 */s/ Royal B. Lea, III*
ROYAL B. LEA, III